**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NEATFREAK GROUP INC., an Ontario, Canada corporation, ) ) ) | |
| Plaintiff, ) | Case No. |
| v. ) ) | **JURY TRIAL DEMANDED** |
| WHITMOR, INC., a Delaware corporation; and ) KMART CORP., a Michigan corporation ) ) | |
| Defendants. ) | |

**COMPLAINT FOR PATENT INFRINGEMENT**

Neatfreak Group Inc., by its undersigned attorneys, as and for its Complaint against Whitmor, Inc. and Kmart Corporation, states as follows:

**THE PARTIES**

1. Plaintiff Neatfreak Group Inc. ("Neatfreak") is a company incorporated under the laws of the Province of Ontario, Canada, having its registered office at 5320 Timberlea Boulevard, Mississauga, Ontario L4W256.

2. Defendant Whitmor, Inc. ("Whitmor") is a Delaware corporation having a principal place of business at 8680 Swinnea Road, Suite 103, Southhaven, Mississippi 38671.

3. Defendant Kmart Corporation ("Kmart") is a Michigan corporation having a principal place of business at 3333 Beverly Road, Hoffman Estates, Illinois 60179.

4. Neatfreak is a global designer, manufacturer, and distributor of innovative home organization products. Neatfreak has head offices in Mississuaga, Ontario and Long Valley, New Jersey. Neatfreak operates a 110,000 square foot distribution center in Ontario Canada and warehouse facilities in Long Beach, California. Neatfreak supplies its innovative products to numerous retailers in the United States including Walmart, Target, and Lowes.

5. Whitmor competes directly with Neatfreak in the market for home organization products. Whitmor supplies products to Kmart for retail sale.

6. On information and belief, Defendants have transacted business and committed acts of infringement within the State of Illinois, and the Northern District of Illinois, and are subject to the personal jurisdiction of this Court.

## JURISDICTION

7. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. §§ 1 *et. seq.*

8. The Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

9. Venue is proper under 28 U.S.C. §§ 1391 and 1400.

## COUNT I
(Patent Infringement – Against All Defendants)

10. On January 25, 2005, United States Patent No. D501,093 ("the '093 Patent") entitled "Coat Hanger" was duly and legally issued to the Zebra Company as assignee of the inventors Bertrand Barre, Francis Lepage, and Xavier Gibert. A true and accurate copy of the '093 Patent is attached hereto as **Exhibit 1**.

11. Subsequently, Barre & Associes ("Barre") (formerly known as the Zebra Company) granted Neatfreak an exclusive license to the '093 Patent effective as of January 1, 2008. Neatfreak's rights under the license agreement include the right to bring suit for infringement of the '093 Patent. Neatfreak has possessed its rights in the '093 Patent throughout the period of Defendants' infringing acts and still possesses those rights.

12. Defendants have been infringing, and continuing to infringe the '093 Patent by making, using, selling, and/or offering to sell products within this judicial district, including products sold under the Sure-Grip® trademark (style no. 6653-4903-10), in violation of 35

U.S.C. § 271 without authorization from Neatfreak or Barre, and will continue to do so unless enjoined by this Court.

13. Defendants' acts of infringement include Whitmor's sales of infringing products to Kmart and Kmart's retail sale of such infringing products in one or more stores in this judicial district.

14. Defendants' infringement of the '093 Patent has caused and will cause Neatfreak to sustain damages and unless restrained will cause irreparable injury.

15. Neatfreak has complied with the statutory requirement of placing a notice of the Letters Patent on the packages of the coat hangers that it sells as its embodiment of the claimed invention. Neatfreak has also given Whitmor written notice of the infringement and, on information and belief, Whitmor has provided such notice to Kmart.

16. Defendants' infringement of the '093 Patent has been and continues to be wrongful and unlawful, and one or more of Defendants' infringing acts have been willful and with full knowledge of the '093 Patent and/or reckless disregard for Neatfreak's rights in the '093 Patent.

WHEREFORE, Neatfreak Group Inc. prays:

(a) Pursuant to 35 U.S.C. § 271, for a judgment that Defendants have infringed United States Patent No. D501,093;

(b) Pursuant to 35 U.S.C. § 283, for a preliminary and permanent injunction enjoining and restraining Defendants, their officers, directors, agents, servants, employees, attorneys and all others acting under or through them, directly or indirectly, from infringing United States Patent No. D501,093;

(c) Pursuant to 35 U.S.C. § 284, for a judgment and order that Defendants be required to pay damages sustained by Neatfreak as a result of Defendants' infringement of the United States Patent No. D501,093, and that such damages be trebled for Defendants' willful infringement of the patent;

(d) Pursuant to 35 U.S.C. § 285, for a judgment that this is an exceptional case and that Neatfreak be awarded its reasonable attorneys' fees and other costs incurred in seeking relief against Defendants;

(e) Pursuant to 35 U.S.C. § 289, for a judgment and order that Defendants be required to pay Neatfreak the amount of total profit earned by each of the defendants from infringing sales;

(f) A judgment that Neatfreak be awarded prejudgment interest on all damages; and

(g) A judgment that Neatfreak be awarded such other and further relief as the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Neatfreak Group Inc. hereby demands a trial by jury of all issues in the foregoing action triable as of right by jury.

December 1, 2014

Respectfully submitted,

s/ *Paul J. Ripp*
*An Attorney for Plaintiff Neatfreak Group Inc.*

David L. Applegate (Atty. No. 3122573)
312.855.4851 / 312.630.8578 (FAX)
dla@willmont.com
Paul J. Ripp (Atty. No. 6281001)
312.443.3205 / 312.630.8505 (FAX)
pjr@willmont.com
Williams Montgomery & John, Ltd.
233 South Wacker Drive – Suite 6100
Chicago, IL 60606
*Attorneys for Plaintiff*

DocID#1184321